# Order

Michigan Supreme Court
Lansing, Michigan

December 4, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

162286(12)(14)(15)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ANGELIC JOHNSON, and LINDA LEE
TARVER,
    Petitioners,

V            SC: 162286

SECRETARY OF STATE, CHAIRPERSON
OF THE BOARD OF STATE CANVASSERS,
BOARD OF STATE CANVASSERS, and
GOVERNOR,
    Respondents.
_____/

   On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys John F. Walsh, Seth P. Waxman, and Brian M. Boynton to appear and practice in this case under MCR 8.126(A) are GRANTED. On further order of the Chief Justice, the separate motions of (1) the Eagle Forum Education and Legal Defense Fund and (2) the Michigan State Conference NAACP to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities on December 3, 2020, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2020 _____ 

                 Clerk